ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN - 5 2012
CLERK, U.S. DISTRICT COURT
By_____
             Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                       ) | CASE NO.:  3:11-CR-304-M (01) |
| ) | |
| AMBER SCHMIDT              ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

AMBER SCHMIDT, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) 1 of the Indictment. After cautioning and examining AMBER SCHMIDT under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that AMBER SCHMIDT be adjudged guilty and have sentence imposed accordingly.

Date:   January 5, 2012

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).